IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACQUEL CHAPMAN, YULANDA FRYE, FELICIA GILLS, CRYSTAL HALL, ROBYN HILL, and MARGRETTA RICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., an Illinois corporation,<br><br>*Defendant*. | Case No. 1:19-cv-03483<br><br>Honorable Steven C. Seeger |

## NOTICE OF SETTLEMENT

Plaintiffs Racquel Chapman, Yulanda Frye, Felicia Gills, Crystal Hall, Robyn Hill, and Margretta Rice ("Plaintiffs"), by and through their attorneys, hereby provide notice to the Court that the parties have reached a settlement in principle that will fully resolve this matter. Once finalized, the parties will file a stipulation of dismissal with prejudice.

Respectfully submitted,

**RACQUEL CHAPMAN, YULANDA FRYE, FELICIA GILLS, CRYSTAL HALL, ROBYN HILL,** and **MARGRETTA RICE**,

Dated: April 29, 2020

By: /s/ Schuyler R. Ufkes

Benjamin H. Richman
brichman@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiffs*