IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACQUEL CHAPMAN, YULANDA FRYE, FELICIA GILLS, CRYSTAL HALL, ROBYN HILL, and MARGRETTA RICE,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANTANDER CONSUMER USA INC., an Illinois corporation,<br><br>*Defendant*. | Case No. 1:19-cv-03483<br><br>Honorable Steven C. Seeger |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Racquel Chapman, Plaintiff Yulanda Frye, Plaintiff Felicia Gills, Plaintiff Crystal Hall, Plaintiff Robyn Hill, and Plaintiff Margretta Rice and Defendant Santander Consumer USA Inc., by and through their undersigned attorneys, hereby stipulate and agree (i) to dismiss the claims of Plaintiff Racquel Chapman, Plaintiff Yulanda Frye, Plaintiff Felicia Gills, Plaintiff Robyn Hill, and Plaintiff Margretta Rice with prejudice, and (ii) to dismiss the claims of Plaintiff Crystal Hall without prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**RACQUEL CHAPMAN, YULANDA FRYE, FELICIA GILLS, CRYSTAL HALL, ROBYN HILL,** and **MARGRETTA RICE**,

Dated: June 16, 2020

By: /s/ Schuyler Ufkes

Benjamin H. Richman
brichman@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC

1

        350 North LaSalle, 14th Floor
        Chicago, Illinois 60654
        Tel: (312) 589-6370
        Fax: (312) 589-6378

*Counsel for Plaintiffs*

**SANTANDER CONSUMER USA INC.,**

Dated: June 16, 2020        By: /s/ Virginia Bell Flynn (with authorization)

Chad R. Fuller (Bar #190830)
Virginia Bell Flynn (Bar #79596)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-509-6000
Email: chad.fuller@troutman.com
Email: virginia.flynn@troutman.com

Punit K. Marwaha
TROUTMAN SANDERS LLP
1 N. Wacker Drive, Suite 2905
Chicago, IL 60606
Telephone: (312) 759-5949
Email: Punit.Marwaha@Troutman.com

*Counsel for Defendant*